IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             NO. 4:04CR0179-01

ROY MARTIN ANDERSON, II

### ORDER

Pending is Defendant's motion for early termination of supervised release. (Docket # 51). For good cause shown, the motion is granted. The term of supervision set forth in the judgment of conviction entered on August 8, 2005 (DE #20) and amended on April 18, 2007 (DE #49) is hereby terminated. The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 27th day of February, 2014.

_____
James M. Moody
United States District Judge